No. 17,000.

TAFOYA *v.* HAAR.
(257 P. [2d] 586)

Decided May 4, 1953.   Rehearing denied May 25, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. Justice Bradfield not participating.

Messrs. McCOMB & ZARLENGO, Mr. ALBERT E. ZARLENGO, for plaintiff in error.

Messrs. KOBEY, MITCHELL & McCARTHY, for defendant in error.